# UNITED STATES DISTRICT COURT
## District of Minnesota

Antonio Onofre Morales,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons, and David Easterwood,

Respondents,

**JUDGMENT IN A CIVIL CASE**

Case Number: 26-cv-00844-SRB-DJF

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard, and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. Petitioner's Petition for a Writ of Habeas Corpus (Doc. #1) is **GRANTED**.
2. The Court **DECLARES** that Petitioner is not subject to mandatory detention under 8 U.S.C. § 1225(b)(2) and **ENJOINS** Respondents from denying release or other relief on the basis that he is subject to such mandatory detention.
3. The Court **ORDERS** Respondents to immediately release Petitioner inside the State of Minnesota; at a safe time and place communicated in advance to opposing counsel; and with all of Petitioner's personal effects in Respondents' possession, such as driver's license, immigration papers, cell phone, and keys;
4. Finally, the Court **ORDERS** Respondents to notify the Court within 24 hours of Petitioner's release, confirming that the release has occurred.

Date: 2/3/2026

KATE M. FOGARTY, CLERK